UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOSEPH ROSALINA, ESQ SPECIAL ADMINISTRATOR OF THE ESTATE OF MARK L. TURNER, DECEASED, | ) ) ) ) | CASE NO. 1:23-cv-02147 JUDGE BRIDGET MEEHAN BRENNAN |
| Plaintiff, vs. | ) ) ) | |
| THE METROHEALTH SYSTEM, et al., Defendants. | ) ) ) ) | **PLAINTIFF'S PRELIMINARY ESTIMATE AND/OR BUDGET OF COSTS AND FEES** |

The following is a preliminary estimate and/or budget of Plaintiff's costs and attorney fees anticipated to be the subject of a claim in this case. These

| Attorneys' Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigation & Filing Complaint | $10,000.00 | Depositions | $30,000.00 |
| Procedural Motions Practice | $5,000.00 | Experts | $30,000.00 |
| Discovery | $100,000.00 | Witness Fees | $2,500 |
| Dispositive Motions Practice | $50,000.00 | Other | $10,000.00 |
| Settlement Negotiations | $5,000.00 | | |
| Trial | $100,000.00 | | |
| **TOTAL FEES** | **$360,000.00** | **TOTAL COSTS** | **$72,500.00** |

*/s/ Kevin C. Hulick*
NICHOLAS A. DICELLO (0075745)
KEVIN C. HULICK (0093921)

                                        **SPANGENBERG SHIBLEY & LIBER LLP**
                                        1001 Lakeside Avenue East, Suite 1700
                                        Cleveland, OH 44114
                                        (216) 696-3232
                                        (216) 696-3924 (FAX)
                                        *ndicello@spanglaw.com*
                                        *khulick@spanglaw.com*

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record and may be obtained through the Court's CM/ECF Systems.

                */s/ Kevin C. Hulick*
                NICHOLAS A. DICELLO (0075745)
                KEVIN C. HULICK (0093921)
                **SPANGENBERG SHIBLEY & LIBER LLP**
                1001 Lakeside Avenue East, Suite 1700
                Cleveland, OH  44114
                (216) 696-3232
                (216) 696-3924 (FAX)
                ndicello@spanglaw.com
                khulick@spanglaw.com

                ***Counsel for Plaintiff***