IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOSEPH ROSALINA, ESQ SPECIAL ADMINISTRATOR OF THE ESTATE OF MARK L. TURNER, DECEASED,<br><br>Plaintiff,<br>vs.<br><br>THE METROHEALTH SYSTEM, et al.,<br><br>Defendants. | CASE NO. 1:23-cv-02147<br><br>JUDGE BRIDGET MEEHAN BRENNAN<br><br>**NOTICE OF CIVIL RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JOSESPH BASKIN, M.D., DANIEL GAUNTNER APR-CNP, COLLEEN COYNE-HALL, APRN-CNP, SEAN FRANCIS PA-C, TIEANDREIA LASTER, LPN, VEONKA BATES, RN, DONNA MADDOX-ALLEN, LPN, ANISSA DICKSON, LPN, SENORA SOJOURNEY, AND SHARNAE KELLEY** |

The undersigned parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of Defendants Joseph Baskin, M.D., Daniel Gauntner APR-CNP, Colleen Coyne-Hall, APRN-CNP, Sean Francis PA-C, Tieandreia Laster, LPN, Veonka Bates, RN, Donna Maddox-Allen, LPN, Anissa Dickson, LPN, Senora Sojourney, and Sharnae Kelley from the Pending Action. This Stipulation of Dismissal does not impact any other claims that remain pending against any other Defendants.

**STIPULATED BY:**

*/s/ Kevin C. Hulick*
Nicholas A. DiCello (0075745)
Kevin C. Hulick (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
ndicello@spanglaw.com
khulick@spanglaw.com
*Attorneys for Plaintiff*

*/s/ Jonathan H. Krol*
Brian T. Gannon (0077442)
Jonathan H. Krol (0088102)
**Reminger Co., L.P.A.**
200 Public Square, Suite 1200
Cleveland, OH 44114
P: (216) 687-1311 | F: (216) 687-1841
E:bgannon@reminger.com
E: jkrol@reminger.com
*Attorneys for Defendants The MetroHealth System, Josesph Baskin, M.D., Daniel Gauntner APR-CNP, Colleen Coyne-Hall, APRN-CNP, Sean Francis PA-C, Tieandreia Laster, LPN, Veonka Bates, RN, Donna Maddox-Allen, LPN, And Anissa Dickson, LPN*

*/s/ Michael J. Stewart*
MICHAEL C. O'MALLEY, Prosecuting Attorney of Cuyahoga County, Ohio
Michael J. Stewart (0082257)
mjstewart@prosecutor.cuyahogacounty.us
Tel: (216) 443-6673
Regina Russo (0100295)
rrusso@prosecutor.cuyahogacounty.us
Tel: (216) 443-7796Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Fax: (216) 443-7602
*Attorneys for Defendants Harold Pretel, Senora Sojourney and Sharnae Kelley*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties can access this document through the Court's system.

*/s/ Kevin C. Hulick*
Nicholas A. DiCello (0075745)
Kevin C. Hulick (0093921)
