UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH ROSALINA, | ) | CASE NO. 1:23-CV-02147 |
| Plaintiff, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| METROHEALTH SYSTEM, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) ) | |

The Court is in receipt of the parties' Stipulation of Dismissal with Prejudice as to Defendants Joseph Baskin, M.D., Daniel Gauntner, APR-CNP, Colleen Coyne-Hall, APR-CNP, Sean Francis, PA-C, Tieandreia Laster, LPN, Veonka Bates, RN, Donna Maddox-Allen, LPN, Anissa Dickson, LPN, Senora Sojourney, and Sharnae Kelley. (Doc. 36). Pursuant to Fed. R. Civ. P. 21, Plaintiff's claims against Defendants Joseph Baskin, M.D., Daniel Gauntner, APR-CNP, Colleen Coyne-Hall, APR-CNP, Sean Francis, PA-C, Tieandreia Laster, LPN, Veonka Bates, RN, Donna Maddox-Allen, LPN, Anissa Dickson, LPN, Senora Sojourney, and Sharnae Kelley are DISMISSED with prejudice. IT IS SO ORDERED.

**IT IS SO ORDERED.**

Date: May 12, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE