IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOSEPH ROSALINA, ESQ ADMINISTRATOR OF THE ESTATE OF MARK L. TURNER, DECEASED,<br><br>Plaintiff,<br>vs.<br><br>THE METROHEALTH SYSTEM, et al.,<br><br>Defendants. | CASE NO. 1:23-cv-02147<br><br>JUDGE BRIDGET MEEHAN BRENNAN<br><br>**JOINT STATUS REPORT** |

The undersigned parties have reached settlements in this matter. The settlement between Plaintiff and MetroHealth has been finalized. And so, with this status report, the parties are filing a Rule 21 motion for dismissal with prejudice as to the claims against MetroHealth.

The settlement between Plaintiff and Defendant Sheriff Pretel is awaiting final approval by the Cuyahoga County Council. Accordingly, the parties request 30 days to finalize that settlement.

**STIPULATED BY:**

/s/ Kevin C. Hulick
Nicholas A. DiCello (0075745)
Kevin C. Hulick (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
ndicello@spanglaw.com
khulick@spanglaw.com
*Attorneys for Plaintiff*

/s/ Jonathan H. Krol
Brian T. Gannon (0077442)
Jonathan H. Krol (0088102)
**Reminger Co., L.P.A.**
200 Public Square, Suite 1200
Cleveland, OH 44114
P: (216) 687-1311 | F: (216) 687-1841
E:bgannon@reminger.com
E: jkrol@reminger.com
*Attorneys for Defendants The MetroHealth System*

/s/ Michael J. Stewart
MICHAEL C. O'MALLEY
Prosecuting Attorney Cuyahoga County, Ohio
Michael J. Stewart (0082257)
mjstewart@prosecutor.cuyahogacounty.us
Tel: (216) 443-6673
Regina Russo (0100295)
rrusso@prosecutor.cuyahogacounty.us
Tel: (216) 443-7796
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Fax: (216) 443-7602
*Attorneys for Defendants Harold Pretel*

Case: 1:23-cv-02147-BMB  Doc #: 39  Filed:  10/20/25  3 of 3.  PageID #: 270

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties can access this document through the Court's system.

<div style="text-align: right">

*/s/ Kevin C. Hulick*
Nicholas A. DiCello (0075745)
Kevin C. Hulick (0093921)

</div>

3