UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH ROSALINA, | ) | CASE NO. 1:23-CV-02147 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| METROHEALTH SYSTEM, *et al.*, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

The Joint Rule 21 Motion for Dismissal with Prejudice of Defendant The MetroHealth System, Inc. (Doc. 40) is GRANTED.  Pursuant to Fed. R. Civ. P. 21, Defendant The MetroHealth System, Inc. is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Date:  October 21, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE